**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JENNIFER SARAHI MALDONADO ESCOBAR** | **CIVIL DOCKET NO. 6:26-CV-3188** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOUTH LOUISIANA ICE PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

Considering Petitioner Jennifer Sarahi Maldonado Escobar's UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE (the "Motion") [Doc. 9];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Jennifer Sarahi Maldonado Escobar is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 16th day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE